Joseph E. Mais (SBN 103756)
Brian C. Lake (AZ Bar #020543)
  (admitted pro hac vice)
PERKINS COIE BROWN & BAIN P.A.
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Phone: (602) 351.8000
Fax: (602) 648.7000
JMais@perkinscoie.com
BLake@perkinscoie.com

Steven C. Gonzalez (SBN No. 191756)
PERKINS COIE LLP
1888 Century Park East
Los Angeles, CA 90067-1721
Phone: (310) 788-9900
Fax: (310) 788-3399
SGonzalez@perkinscoie.com

[Attorneys for Defendants Regal One Corporation and Charles J. Newman]

Mark D. Kremer (SBN 100978)
Jonathan Medrano (SBN 251729)
CONKLE, KREMER & ENGEL
3130 Wilshire Boulevard, Suite 500
Santa Monica, CA 90403-2351
Phone: (310) 998-9100
Fax: (310) 998-9109
M.Kremer@conklelaw.com
J.Medrano@conklelaw.com

[Attorneys for Defendants Malcom Currie, Carl Perry, Neil Williams]

Desmond J. Hinds (SBN 105831)
Eric C. Peterson (SBN 206578)
Rosslyn (Beth) Hummer (SBN 190615)
HINSHAW & CULBERTSON LLP
11601 Wilshire Boulevard, Suite 800
Los Angeles, California 90025
Phone: (310) 909-8000
Fax: (310) 909-8001
dhinds@hinshawlaw.com
epeterson@hinshawlaw.com
fmeyer@hinshawlaw.com

[Attorneys for Plaintiff]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AB INVESTMENTS, LLC, a Colorado Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>REGAL ONE CORPORATION, et al.<br><br>Defendants. | Case No. CV09-02983-RGK (FFMx)<br><br>**STIPULATION FOR ENTRY OF PROPOSED STIPULATED JUDGMENT AND ORDER**<br><br>Assigned to Honorable R. Gary Klausner<br>Courtroom 850 |

1   Plaintiff AB Investments, LLC ("ABI") and all Defendants Regal One
2   Corporation ("Regal One"), Charles J. Newman, Malcom Currie, Carl Perry and
3   Neil Williams (collectively "Parties"), by and through their respective counsel of
4   record enter into this Stipulation with reference to the following facts and
5   representations:

6   A.   On April 28, 2009, Plaintiff filed its original Complaint in this matter.
7   On September 28, 2009, Plaintiff filed its First Amended Complaint. Among other
8   things, the First Amended Complaint seeks delivery to ABI of certain stock
9   certificates representing shares of Neuralstem, Inc. and Regal One Corporation (the
10  "Neuralstem Certificate" and "Regal One Certificate," respectively, as those terms
11  are defined in the First Amended Complaint).

12  B.   On July 10, 2009, Regal One filed an Answer and Counterclaim/Third
13  Party Complaint for Interpleader, pursuant to which it requested that the Court
14  determine the ownership rights to the Neuralstem Certificate and Regal One
15  Certificate as among ABI and several individuals including Robert Bradley, Gaylan
16  L. Rockswold, Allen W. Gelbard, Rodney Unger, Robert M. Beaton and other as-
17  yet unidentified but similarly situated potential claimants who may claim a right to
18  all or part of the Neuralstem Certificate or Regal One Certificate, or the shares
19  represented thereby (collectively, excluding ABI, the "Interpleader Defendants").

20  C.   On August 25, 2009, ABI filed a Motion to Dismiss the Counterclaim
21  for Interpleader, and Interpleader Defendants Robert M. Beaton and Rodney Unger
22  later joined in that motion.

23  D.   On November 19, 2009, the Court issued an Order granting ABI's
24  Motion to Dismiss the Counterclaim for Interpleader.

25  E.   The Parties have entered into a settlement which is dependent upon the
26  entry of the proposed stipulated Judgment and Order concurrently lodged herewith.

27  F.   A Motion To Intervene in this action was filed by Allen Gelbard, and
28  is scheduled for hearing on February 16, 2010.

G. The proposed stipulated Judgment and Order has been approved and agreed to by the Parties in this action and is intended to result in the complete resolution of the pending action.

WHEREFORE, the Parties hereby stipulate that the Court may enter the proposed stipulated Judgment and Order attached as Exhibit 1, and lodged herewith.

Dated: February 8, 2010

PERKINS COIE LLP

By: /s/ Joseph E. Mais
Joseph E. Mais
Brian C. Lake
Steven C. Gonzalez

Attorneys for Defendants Regal One Corporation and Charles J. Newman

Dated: February 8, 2010

CONKLE, KREMER & ENGEL

By: /s/
Mark D. Kremer
Jonathan Medrano

Attorneys for Defendants Malcom Currie, Carl Perry and Neil Williams

Dated: February 8, 2010

HINSHAW & CULBERTSON LLP

By: /s/
Desmond J. Hinds
Eric C. Peterson
Rosslyn (Beth) Hummer

Attorneys for Plaintiff AB Investments, LLC