JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AB INVESTMENTS, LLC, a Colorado Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>REGAL ONE CORPORATION, et al.<br><br>Defendants. | Case No. CV09-02983-RGK (FFMx)<br><br>[Proposed] JUDGMENT AND ORDER<br><br>Assigned to Honorable R. Gary Klausner<br>Courtroom 850 |

Upon the Stipulation of Plaintiff AB Investments, LLC and Defendants Regal One Corporation, Malcolm Currie, Carl Perry, Neil Williams and Charles J. Newman the Court hereby enters judgment as follows:

A.  Against Regal One on its Counterclaim/Third Party Complaint for Interpleader, dismissing with prejudice the Counterclaim/Third Party Complaint for Interpleader in its entirety. ABI is currently entitled to receipt of the Neuralstem Certificate and Regal One Certificate, and immediate transfer of the shares represented thereby, and any Interpleader Defendant (including Allen Gelbard) who claims a right to or interest in the Neuralstem Certificate or Regal One Certificate,

1  or the shares represented thereby, may not prevent transfer of those certificates and
2  shares to ABI and may only assert their claims against ABI, and not against Regal
3  One.  The Court further orders that the Neuralstem Certificate, which was
4  mistakenly issued in the incorrect name of "AB Investments, Inc." is deemed
5  corrected to read as issued to: AB Investments LLC, a Colorado limited liability
6  company, 4869 Buffalo Creek Drive, Evergreen, Colorado 80439.

8      B.  Against Regal One and in favor of ABI only to the extent of granting
9  the equitable relief of specific performance that is sought in the First Amended
10 Complaint's Second Claim for Relief (Specific Performance of Agreement to
11 Deliver the Neuralstem Certificate Against Regal) and Seventh Claim for Relief
12 (Specific Performance of Agreement to Deliver the Regal One Certificate Against
13 Regal).  Regal One shall deliver the Neuralstem Certificate and the Regal One
14 Certificate to ABI, at the address designated by ABI or its counsel, within five (5)
15 business days of the entry of this judgment.  No damages are awarded as part of this
16 judgment.

18     C.  In favor of all Defendants, dismissing with prejudice all other Claims
19 for Relief, causes of action and requests for remedies asserted in the First Amended
20 Complaint against Regal One and against all other Defendants.

22     D.  All Parties shall bear their own costs and attorneys fees.

24 Dated: FEB 18 2010

    Honorable R. Gary Klausner
    Judge, United States District Court

1  Respectfully submitted:

2

3  **PERKINS COIE LLP**

4  By: /s/ Joseph E. Mais

5      Joseph E. Mais
    Brian C. Lake

6      Steven C. Gonzalez

7  Attorneys for Defendants Regal One Corporation and Charles J. Newman

8

9  **CONKLE, KREMER & ENGEL, PLC**
    Mark D. Kremer

10      Jonathan Medrano

11  Attorneys for Defendants Malcom Currie, Carl Perry and Neil Williams

12

13  **HINSHAW & CULBERTSON LLP**
    Desmond J. Hinds

14      Eric C. Peterson

15      Rosslyn (Beth) Hummer

16  Attorneys for Plaintiff AB Investments, LLC

17

18

19

20

21

22

23

24

25

26

27

28